In the Matter of the Application of DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, the Holder of a First Mortgage on the Premises No. 2525 Frisby Avenue, Bronx County, Owned by ROSINA TERILLI, for an Order Pursuant to Section 1077-c of the Civil Practice Act. DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Respondent; ROSINA TERILLI, Appellant.— The interest paid on the second mortgage, a *bona fide* junior mortgage executed prior to July 1,

1932, and not shown to be invalid, was a proper charge and deductible from the income of the mortgaged property in this proceeding instituted under Civil Practice Act, section 1077-c. (*Matter of Ebling Brewing Co., Inc.*, v. *Rubel Corp.*, 260 App. Div. 744.) Order appealed from unanimously modified accordingly, and as so modified affirmed. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.